## LOPEZ v. STATE.
### No. 25029.

Court of Criminal Appeals of Texas.
Dec. 13, 1950.

Rehearing Denied Feb. 14, 1951.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for unlawfully driving a motor vehicle upon a public street while under the influence of intoxicating liquor. The penalty assessed is a fine of fifty dollars.

The record is before us without a statement of facts or bills of exception. All the proceedings appear regular, and no question has been presented for review.

The judgment is affirmed.